**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1946**

CALVIN W. WOOD, Cherokee,

                  Plaintiff - Appellant,

            v.

GREG V. WOOD, Cherokee, and his wife whose name is; UNKNOWN,
and; JON C. WOOD, Cherokee, and his wife; KRISTINE WOOD;
SHERRY WOOD; WILLIAM C. BIRD, and; DIEDRE BIRD, Husband and
wife,

                  Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington.  Robert C. Chambers,
District Judge.  (3:10-cv-00122)

Submitted:  April 28, 2011            Decided:  May 2, 2011

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Calvin W. Wood, Appellant Pro Se.  Greg S. Foster, Gerard Ray
Stowers, Kenneth Eugene Webb, Jr., BOWLES, RICE, MCDAVID, GRAFF
& LOVE, PLLC, Charleston, West Virginia; Michael Magann,
WILLIAMSON, MAGANN & GURGANUS, Princeton, West Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin W. Wood appeals the district court's order denying relief without prejudice on his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wood v. Wood, No. 3:10-cv-00122 (S.D.W. Va. July 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED